**No. 10-8486. William Clayton McKinnedy, III, Petitioner v. Cecil Reynolds, Warden, et al.**

562 U.S. 1268, 131 S. Ct. 1615, 179 L. Ed. 2d 496, 2011 U.S. LEXIS 1971.

March 7, 2011. Motion of petitioner for leave to proceed in forma pauperis denied,

and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

Same case below, 393 Fed. Appx. 973.